1  Christopher D. Banys (State Bar No. 230038)
2  Daniel M. Shafer      (State Bar No. 244839)
   cdb@lanierlawfirm.com
3  dms@lanierlawfirm.com
   THE LANIER LAW FIRM, P.C.
4  2200 Geng Road, Suite 200
   Palo Alto, California 94303
5  Telephone:  (650) 322-9100
   Facsimile:  (650) 322-9103
6
7  Edward C. Flynn  (PRO HAC VICE)
   Mark A. Grace  (PRO HAC VICE)
8  Thomas C. Wettach  (PA State Bar No. 1414)
   eflynn@cohengrace.com
9  mgrace@cohengrace.com
   twettach@cohengrace.com
10 COHEN & GRACE, LLC
   105 Braunlich Dr., Suite 300
11 Pittsburgh, PA 15237
   Telephone:  (412) 847-0300
12
13 Attorneys for Plaintiff,
   SMART MEMORY SOLUTIONS, LLC
14

15              IN THE UNITED STATES DISTRICT COURT
16           FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                    SAN FRANCISCO DIVISION
18

| | |
|---|---|
| 19  SMART MEMORY SOLUTIONS, LLC | Case No.   3:12-cv-01316-EMC |
| 20           Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**  ; ORDER |
| 21  v. | |
| 22  FREESCALE SEMICONDUCTOR, INC., | |
| 23           Defendants. | **DEMAND FOR JURY TRIAL** |
| 24 | |

25          Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Civil L.R. 6-2, the

26 parties hereto stipulate to this joint request for a continuance of the Initial Case Management

27 Conference.  The Initial CMC is currently set for July 20, 2012 (with the deadline for filing a

28

1  Case Management Report set for July 13, 2012).   The parties request that the Initial CMC be

2  continued to August 24, 2012, or such date thereafter as may be convenient for the Court.

3      In support of this stipulated request, the parties state as follows:

4    1.  On June 26, 2012, the Court acted *sua sponte* (*see* Dkt. No. 93) to relate this case to

5        two other cases pending in this District:  (a) *Smart Memory Solutions, LLC v.*

6        *Panasonic Corporation of America, et al*., Case No. 3:12-cv-00853-EMC (*see* Dkt.

7        No. 87  in that case); and (b) *Smart Memory Solutions, LLC v. Toshiba America*

8        *Electronic Components, Inc*., Case No. 3:12-cv-01549-EMC (*see* Dkt. No. 82 in that

9        case).  All three cases are now assigned to Judge Chen, and all are now set for an

10        Initial CMC on July 20, 2012.

11    2.  This case and the above-mentioned *Toshiba* case were, until reassignment, both set

12        for Initial CMC on a later date.

13    3.  Counsel for all three cases have conferred regarding the new unified CMC date on

14        July 20, 2012.  The parties believe that it will be beneficial if they are permitted time

15        to coordinate amongst themselves, with respect to any common issues, now that the

16        three cases are deemed related.  Likewise, particularly with respect to the instant

17        *Freescale* case and the *Toshiba* case, which were both previously set for a later CMC

18        date, the parties believe that these proceedings will benefit if the parties are permitted

19        additional time to meet-and-confer thoroughly with respect their Joint Case

20        Management Conference statements, Rule 26(f) requirements, and ADR

21        requirements.  (Declaration of Daniel M. Shafer, filed herewith.)

22    4.  After the currently-scheduled CMC date, the first upcoming date that is available for

23        both the Court and for counsel for the parties in all three cases is August 24, 2012.

24    5.  There has been one previous stipulated modification of the Initial CMC date in this

25        case (Dkt. No. 91), in order to align what were then two different CMC dates before

26        Judge Hamilton for this case and the above-referenced *Toshiba* case.

27    6.  The requested modification will have no effect on any other scheduled dates.

28      WHEREFORE, the parties request that the Initial Case Management Conference in this

JOINT STIPULATION TO CONTINUE CMC
CASE NO: 3:12-cv-01316-EMC

2

1   case be reset for August 24, 2012; that the related deadlines for filing a joint CMC statement and

2   serving Initial Disclosures be adjusted accordingly, to August 17, 2012; and that the related

3   deadlines for meeting and conferring under Fed. R. Civ. P. 26(f), and for filing an ADR

4   Certification and ADR Stipulation (or Notice of Need for ADR Phone Conference) also be

5   adjusted accordingly, to August 3, 2012.

6   Agreed to by:

7

8   Dated: July 10, 2012                    */s/  Daniel M. Shafer*
                                            Daniel M. Shafer
9                                           THE LANIER LAW FIRM, P.C.
                                            Christopher D. Banys SBN: 230038 (CA)
10                                          Daniel M. Shafer SBN: 244839 (CA)
                                            The Lanier Law Firm, P.C.
11                                          2200 Geng Road, Suite 200
                                            Palo Alto, CA 94303
12                                          Tel: (650) 332-9100
                                            Fax: (650) 322-9103
13                                          cdb@lanierlawfirm.com
                                            dms@lanierlawfirm.com
14

15                                          Counsel for Plaintiff,
                                            SMART MEMORY SOLUTIONS, LLC
16

17   Dated: July 10, 2012                   */s/  David L. Witcoff*
18                                          David L. Witcoff        (IL Bar No. 6183629)
                                            JONES DAY
19                                          77 W. Wacker Dr., Ste. 3500
                                            Chicago, IL 60601-1692
20                                          Telephone: (312) 782-3939
                                            Facsimile: (312) 782-8585
21                                          Email: dlwitcoff@jonesday.com
22
                                            Counsel for Defendant,
23                                          FREESCALE SEMICONDUCTOR, INC.

24

25

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    _____

     Hon. Edward M. Chen



4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28