Christopher D. Banys (State Bar No. 230038)
Daniel M. Shafer (State Bar No. 244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone: (650) 322-9100
Facsimile: (650) 322-9103

Edward C. Flynn (PRO HAC VICE)
Mark A. Grace (PRO HAC VICE)
Thomas C. Wettach (PA State Bar No. 1414)
eflynn@cohengrace.com
mgrace@cohengrace.com
twettach@cohengrace.com
COHEN & GRACE, LLC
105 Braunlich Drive, Suite 300
Pittsburgh, PA 15237
Telephone: (412) 847-0300
Facsimile: (412) 847-0304

Attorneys for Plaintiff,
SMART MEMORY SOLUTIONS, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SMART MEMORY SOLUTIONS, LLC | Case No. 3:12-cv-01316-EMC |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FREESCALE SEMICONDUCTOR, INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff, Smart Memory Solutions, LLC, and Defendant, Freescale Semiconductor, Inc.,

pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate that all claims and causes of

action asserted or that could have been asserted between Plaintiff and Defendant in the

above-referenced action be, and hereby are, dismissed with prejudice.  Each party shall bear its

own costs and attorney fees.


Dated:  October 8, 2012                    Respectfully submitted,


                                           /s/  Daniel M. Shafer
                                           Daniel M. Shafer
                                           THE LANIER LAW FIRM, P.C.
                                           Christopher D. Banys (SBN: 230038 (CA))
                                           Daniel M. Shafer (SBN: 244839 (CA))
                                           The Lanier Law Firm, P.C.
                                           2200 Geng Road, Suite 200
                                           Palo Alto, CA  94303
                                           Tel:  (650) 332-9100
                                           Fax: (650) 322-9103
                                           cdb@lanierlawfirm.com
                                           dms@lanierlawfirm.com

                                           Counsel for Plaintiff,
                                           SMART MEMORY SOLUTIONS, LLC


Dated:  October 8, 2012                    /s/  David L. Witcoff
                                           David L. Witcoff (IL Bar No. 6183629)
                                           JONES DAY
                                           77 W. Wacker Drive, Suite 3500
                                           Chicago, IL  60601-1692
                                           Tel:  (312) 782-3939
                                           Fax: (312) 782-8585
                                           E-mail:  dlwitcoff@jonesday.com

                                           Counsel for Defendant,
                                           FREESCALE SEMICONDUCTOR, INC.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:12-cv-01316-EMC

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    _____
     Edward M. Chen
4    U.S. District Judge
      October 9, 2012
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28